UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Joseph G. Kelley Construction
Management, Inc.,

                Debtor.
------------------------------------------------------------x
Robert L. Pryor, Chapter 7 Trustee of the
Bankruptcy Estate of Joseph G. Kelley
Construction Management, Inc.,

                Plaintiff,
     v.

Seth G. Kelley,
                Defendant.
------------------------------------------------------------x

Case No. 8-16-70246-las

Chapter 7

Adv. Proc. No. 8-18-08010-las

## ORDER APPROVING SETTLEMENT

Upon the motion, by notice of presentment, dated November 13, 2018 (the "Motion"), of Robert L. Pryor, as the trustee (the "Trustee") of the bankruptcy estate of Joseph G. Kelley Construction Management, Inc. (the "Debtor"), by his counsel, Pryor & Mandelup, L.L.P. pursuant to Bankruptcy Rule 9019(a), seeking the entry of an order approving the settlement of this adversary proceeding for $26,000.00 between the Trustee and defendant Seth G. Kelley, including the stipulation of settlement (the "Stipulation of Settlement") attached thereto [Docket No. 22]; and there being no filed opposition to the relief requested; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion was sufficient and no additional notice of or a hearing on the Motion is required under the circumstances, and (v) the relief sought in the Motion is in the best interests of

the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. Pursuant to Bankruptcy Rule 9019, the Trustee is authorized to enter into the Stipulation of Settlement.

3. The Stipulation of Settlement is approved.

4. The Trustee is authorized to take any and all actions reasonably necessary to consummate the Stipulation of Settlement and perform any and all obligations contemplated therein.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: December 12, 2018**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**

2